# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIG INSURANCE COMPANY, a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | | |
| v. | | **Case No.: 1:18-CV-05939** |
| PHUSION PROJECTS, LLC, a Delaware limited liability company, INNOVATIVE BREWING, LLC, a Delaware limited liability company, and JACOB D. KOVAC, | | **Hon. Judge Joan H. Lefkow** |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies the Court that it voluntarily dismisses the Complaint in the above-captioned action without prejudice and without award of costs to any party.

Dated: September 7, 2018      By:     /s/ Daniel I. Graham, Jr.

Richard H. Nicolaides, Jr.
rnicolaides@nicolaidesllp.com
Daniel I. Graham, Jr.
dgraham@nicolaidesllp.com
Rhani A. Elrahman
relrahman@nicolaidesllp.com

Nicolaides Fink Thorpe
Michaelides Sullivan LLP
10 South Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel:    (312) 585-1400
*Attorneys for Plaintiff TIG Insurance Company*